United States District Court
Eastern District of North Carolina

| | |
|---|---|
| Open Grounds Farms, Inc.      ) <br>       Appellant            ) <br>                                ) <br>    v.                          ) <br>                                ) <br> James B. Angell                ) <br> Chapter 7 Trustee              ) <br>       Appellee             ) | **Judgment in a Civil Case** <br> Case Number: 4:14-CV-143-BO |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The decision of the bankruptcy court entered on June 5, 2014, granting summary judgment in favor of the trustee is hereby **REVERSED**. The matter is **REMANDED** to the bankruptcy court for further proceedings consistent with the foregoing.

**JUDGMENT  FILED AND ENTERED** April 27, 2015, and copies to:

Bankruptcy Administrator      (via CM/ECF and US Mail - Raleigh Office)
Counsel of Record             (via CM/ECF))

                                    Julie Richards Johnston,  CLERK

                                /s/ Linda Downing
                                  (by) Deputy Clerk